Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Geovanne Colon | ) | Case No. |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| Jeremy Tucker<br>J.L. Capital Holdings<br>Supreme Property Management | ) ) ) ) | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Geovanne Colon |
| Street Address | 441 Walnut Ave. |
| City and County | Boston, Suffolk |
| State and Zip Code | Massachusetts, 02119 |
| Telephone Number | 617-821-1757 |
| E-mail Address | geovannecolon@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name: Jeremy Tucker
    Job or Title *(if known)*:
    Street Address: 2129 Spring Briar Court
    City and County: Avon, Hendricks
    State and Zip Code: Indiana, 46123
    Telephone Number: 317-414-7295
    E-mail Address *(if known)*: jeremytucker@thejeremytuckerteam.com

Defendant No. 2

    Name: J.L. Capital Holdings
    Job or Title *(if known)*:
    Street Address: 2129 Spring Briar Court
    City and County: Avon, Hendricks
    State and Zip Code: Indiana, 46123
    Telephone Number: 317-414-7295
    E-mail Address *(if known)*: jeremytucker@thejeremytuckerteam.com

Defendant No. 3

    Name: Supreme Property Management
    Job or Title *(if known)*:
    Street Address: 2129 Spring Briar Court
    City and County: Avon, Hendricks
    State and Zip Code: Indiana, 46123
    Telephone Number: 17-414-7295
    E-mail Address *(if known)*: jeremytucker@thejeremytuckerteam.com

Defendant No. 4

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question  [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Geovanne Colon, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Jeremy Tucker, is a citizen of the State of *(name)* Indiana. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* J.L. Capital Holdings, is incorporated under the laws of the State of *(name)* Indiana, and has its principal place of business in the State of *(name)* Indiana

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
This matter is a breah of contract where Plaintiff claims damages of $120,000 due to Defendants unfair and decptive practices. Plaintiff seeks punitive damages as well as double damages under IND statutes.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant, Jeremy Tucker is the owner of J.L. Capital Holdings and Supreme Property Management. Defendant entered into contract with Plaintiff, Geovanne Colon. Plaintiff to tranfer $100,000 into Jeremy Tucker's account in exchange for $5,000 monthly payments. Contract to run until terminated by both parties in writing. Plaintiffs $100,000 to be secured by real estate (2 properties). Defendant used unfair and decptive practices when he informed Plaintiff that the two properties securing the contract had to be sold due to poor property management. In sale of properties Plaintiff received nominal amount while Defendant Jeremy Tucker received majority of profits when he transferred money to Supreme Property Management which he failed to inform Plaintiff that Mr. Tucker is owner of company. No further payments made and Palintiff not made whole.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff has been out of his money for many months while the Defendant has had the benefit of the moeny and has earned from gains from the benefit of having the money. Plaintiff is only asking for 21 months of unpaid payments totaling $115,000 and late fee penalties of $5,500. Plaintiff has been without his monies for well over 21 months.

Plaintiff prays for punitive damages in the amount of triple for total of $345,000 for unfair and deceptive practices and fraud under Indiana's Decptive Consumer Sales Act, I.C 24-5-0.5.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff
Printed Name of Plaintiff    Geovanne Colon

### B. For Attorneys

Date of signing:    09/24/2023

Signature of Attorney
Printed Name of Attorney    Kevin Morales
Bar Number    SJC MA 705676
Name of Law Firm    Law Office of Kevin Morales
Street Address    319 Lynnway, suite 303B, Lynn
State and Zip Code    MA, 01901
Telephone Number    617-785-6078
E-mail Address    kevinmoraleslaw@gmail.com